NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER J. ANDRESKI,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2024-2163

---

Petition for review of the Merit Systems Protection Board in No. CH-1221-22-0418-W-1.

---

## O R D E R

The petitioner having failed to file the brief required within the time permitted by the court's March 12, 2025 order, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

May 2, 2025
Date

Jarrett B. Perlow
Clerk of Court